IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VELITA GLASGOW, Special Administrator, of the,** | ) ) ) | |
| **Plaintiff,** | ) ) | 8:14CV244 |
| V. | ) ) | |
| **STATE OF NEBRASKA DEPARTMENT OF CORRECTIONS, ROBERT HOUSTON, Retired Nebraska Director Corrections, in his Official and individual capacities, CAMERON WHITE, Behavioral Health Administrator for the Nebraska Department of Corrections, in his official and individual capacities, CORRECT CARE SOLUTIONS, DR. NATALIE BAKER, in her official and individual capacities, DR. RANDY KOHL, in his official and individual capacities, CITY OF OMAHA, JOHN DOE DEFENDANTS 1-100, in their indivudual and official capacities, and COUNTY OF DOUGLAS, JOHN DOE DEFENDANTS 1-100, in Their individual and official capacities,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 2) is provisionally granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED August 20, 2014.**

                                      **BY THE COURT:**

                                      **S/ F.A. Gossett**
                                      **United States Magistrate Judge**