IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
VELITA GLASGOW, Special       )
Administrator of the Estate   )
of Curtis Bradford,           )
                              )
              Plaintiff,      )         8:14CV244
                              )
       v.                     )
                              )
STATE OF NEBRASKA; DEPARTMENT )         ORDER
OF CORRECTIONAL SERVICES;     )
ROBERT HOUSTON, Retired       )
Director, Department of       )
Correctional Services, in his )
official and individual       )
capacities; DR. CAMERON WHITE,)
Behavioral Health             )
Administrator for the         )
Department of Correctional    )
Services, in his official     )
and individual capacities;    )
CORRECT CARE SOLUTIONS;       )
DR. RANDY KOHL, in his        )
official and individual       )
capacities, CITY OF OMAHA,    )
JOHN DOE 1-100, and COUNTY    )
OF DOUGLAS, JOHN DOE 1-100,   )
                              )
              Defendants.     )
_____)
```

       This matter is before the Court on plaintiff's motion to extend time to reply to defendants' motions to dismiss (Filing No. 23). After reviewing the motion, the Court will grant the motion. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Plaintiff shall have until January 23, 2015, to reply to defendants' motions to dismiss.

DATED this 16th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court