IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VELITA GLASGOW, Special Administrator, of the ESTATE OF CURTIS BRADFORD, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEBRASKA, DEPARTMENT OF CORRECTIONS; ROBERT HOUSTON, Retired Nebraska Director Corrections, in his Official and individual capacities; CAMERON WHITE, Behavioral Health Administrator for the Nebraska Department of Corrections, in his official and individual capacities; CORRECT CARE SOLUTIONS; DR. NATALIE BAKER, in her official and individual capacities; and DR. RANDY KOHL, in his official and individual capacities.  CITY OF OMAHA, John Doe Defendants 1-100, in their individual and official capacities; COUNTY OF DOUGLAS, John Doe Defendants 1-100 in Their individual and official capacities <br><br> Defendants. | Case No. 8:14cv244 <br><br><br><br><br><br> NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that the Plaintiff, Velita Glasgow, Special Administrator of the Estate of Curtis Bradford, appeals to the United State Court of Appeals for the Eighth Circuit from the Order and Final Judgment (filing No. 30) entered in this action on February 18, 2015, awarding judgment in favor of the Defendants and against the Plaintiff.

/s/ Judith A. Wells
Judith A. Wells, #23090
Law Office of Judith A. Wells
1603 Farnam Street
Omaha, NE 68102

And

Timothy Ashford, #19687
1603 Farnam Street
Omaha, NE 68102
(402) 342 8888

William Harris, #22996
9205 Meadow Drive
Omaha, NE 68134
(402) 208 4336

ATTORNEYS FOR PLAINTIFF