IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VELITA GLASGOW, Special Administrator of the Estate of Curtis Bradford, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:14CV244 |
| v. | ) ) | |
| STATE OF NEBRASKA; DEPARTMENT OF CORRECTIONAL SERVICES; ROBERT HOUSTON, Retired Director, Department of Correctional Services, in his official and individual capacities; DR. CAMERON WHITE, Behavioral Health Administrator for the Department of Correctional Services, in his official and individual capacities; CORRECT CARE SOLUTIONS; DR. RANDY KOHL, in his official and individual capacities, CITY OF OMAHA, JOHN DOE 1-100, and COUNTY OF DOUGLAS, JOHN DOE 1-100, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to proceed with appeal in forma pauperis (Filing No. 33) with attached affidavit. After reviewing the motion, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to proceed with appeal in forma pauperis is granted. Plaintiff may proceed on appeal without prepayment of costs.

DATED this 2nd day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court