# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  15-1755
_____

Velita Glasgow, Special Administrator of the Estate of Curtis Bradford

Plaintiff - Appellant

v.

State of Nebraska, Department of Corrections; Robert Houston, Retired Director, Department of Corrections, in his official and individual capacities; Dr. Cameron White, Behavioral Health Administrator for the Department of Corrections, in his official and individual capacities; Correct Care Solutions; Dr. Randy Kohl, in his official and individual capacities; City of Omaha, John Doe Defendants 1-100, in their individual and official capacities; County of Douglas, John Doe Defendants 1-100, in their individual and official capacities

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:14-cv-00244-LES)
_____

**JUDGMENT**

Before RILEY, Chief Judge, BEAM and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

April 08, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans