# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1755

Velita Glasgow, Special Administrator of the Estate of Curtis Bradford

Appellant

v.

State of Nebraska, Department of Corrections, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:14-cv-00244-LES)

_____

**MANDATE**

In accordance with the opinion and judgment of 04/08/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 17, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit